PD-0893-14 & PD-0894-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/18/2015 10:20:16 AM
Accepted 2/18/2015 10:40:34 AM
ABEL ACOSTA
CLERK

# Sharpe Rector & Tillman

A PROFESSIONAL CORPORATION

J. SHELBY SHARPE
REID RECTOR
STAN TILLMAN

SUITE 1000

FORT WORTH, TEXAS

TELEPHONE (817) 338-4900
FACSIMILE (817) 332-6818

February 17, 2015

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, TX 78711

FILED IN
COURT OF CRIMINAL APPEALS

February 18, 2015

ABEL ACOSTA, CLERK

RE:   **Ramon Marroquin**
      **CCA No. PD-0893-14**
      **Trial Court Case No. 1305476**
      **&**
      **Joey Darrell Faust**
      **CCA No. PD-0894-14**
      **Trial Court Case No. 1305478**

Dear Mr. Acosta:

Please accept this letter as formal notice that the undersigned intends to present oral argument in this cause on behalf of Mr. Marroquin and Mr. Faust that is set for Wednesday, March 18, 2015 at 9:00 A.M. Thank you for your assistance in this matter.

Very truly yours,

J. Shelby Sharpe
State Bar No. 18123000
utlawman@aol.com
LAW OFFICES OF J. SHELBY SHARPE
6100 Western Place, Suite 1000
Fort Worth, Texas 76107
Tel: (817) 338-4900
Fax: (817) 332-6818

Cc: Charles M. Mallin, Assistant
    CCAappellattealerts@tarrantcounty.com